428 A.2d 251

Fritch et ux., Appellants v. Neilson et ux.

Argued December 3, 1979. Robert P. Grim, for appellants; Raymond K. Hess, for appellees.

Before PRICE, WATKINS and HOFFMAN, JJ.

Order affirmed.